# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON DELANEY DRAWHORN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APARTMENT MANAGEMENT CONSULTANTS, LLC,<br><br>　　　　Defendant. | Case No.<br><br>**COMPLAINT**<br><br>**JURY DEMAND** |

## I.　NATURE OF ACTION

1.1　Jason Delaney Drawhorn brings this civil action to redress the sexual harassment and assault he suffered while working as an Assistant Property Manager at Apartment Management Consultants, LLC.

## II.　JURISDICTION AND VENUE

2.1　This Court has subject matter jurisdiction over Mr. Drawhorn's claim pursuant to 28 U.S.C. § 1332(a)(1).

2.3　Venue properly rests with this Court pursuant to 28 U.S.C. § 1391(b)(2).

COMPLAINT- 1
Case No.

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

### III. PARTIES

3.1 Plaintiff Drawhorn is a citizen of the State of Washington. At all times pertinent to this complaint, Mr. Drawhorn was protected by the Washington Law Against Discrimination ("WLAD"), RCW 49.60.

3.2 Defendant Apartment Management Consultants, LLC (hereinafter "AMC") was incorporated in Utah and the company's principal place of business is Utah. AMC is registered, and doing business, in the State of Washington. Defendant AMC is a covered employer under the WLAD.

### IV. FACTS

4.1 Mr. Drawhorn is a gay man who began working for AMC as a Leasing Agent in March 2020. In July 2020, he was promoted to Assistant Property Manager of the Water's Edge property in Kent, Washington.

4.2 On December 17, 2021, AMC held its annual Christmas party at Sam's Tavern in Redmond, Washington. The party was a paid work event that began in the early afternoon. Mr. Drawhorn attended the party with his friend and co-worker, Craig McKee. Mr. Drawhorn was a designated driver and was not drinking at the party, but other attendees were drinking heavily.

4.3 During the party, and well in view of other AMC employees and managers, AMC Property Manger Natalia Lawski began dancing and "grinding," backing her butt into Mr. Drawhorn's crotch. The unwanted sexual contact made Mr. Drawhorn deeply uncomfortable, and he tried to back away or play it off. At a later point in the party when Mr. Drawhorn was sitting down, Ms. Lawski climbed onto his lap and started bouncing up and down to simulate sexual intercourse. Mr. Drawhorn was deeply embarrassed and wanted to shove Ms. Lawski off of him, but was concerned about how other people, including his supervisors, would react.

4.4 Mr. Drawhorn waited for the company awards ceremony to conclude and prepared to leave. He approached Regional Property Manager Erik Miller to say goodbye and

COMPLAINT- 2
Case No.

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

wish him and his family a merry Christmas. Mr. Miller said, "You're leaving?!" Mr. Drawhorn explained that he had to work in the morning. Mr. Miller then reached out and grabbed Mr. Drawhorn's genitals. Mr. Drawhorn was shocked and did not know what to do. He turned around and quickly walked away.

4.5  Mr. Drawhorn wanted to leave the party immediately but needed to wait for Mr. McKee. Therefore, Mr. Drawhorn went to say goodbye to another Property Manager, Amanda Zayas. Ms. Lawski was standing beside Ms. Zayas. After Mr. Drawhorn said goodbye to Ms. Zayas, Ms. Lawski reached over and forcefully grabbed Mr. Drawhorn's genitals. Ms. Zayas witnessed the interaction, told Ms. Lawski to stop, and pushed Ms. Lawski's arm away from Mr. Drawhorn.

4.6  Mr. Drawhorn left the party as quickly as he could. As he walked out, Mr. Drawhorn burst into tears and told Mr. McKee he had been sexually assaulted. He was humiliated, in pain, and sobbing.

4.7  When Mr. Drawhorn and Mr. McKee arrived at the apartment complex, they called Regional Property Manger Emily Foster to report the assaults. Ms. Foster acknowledged that she and AMC Washington Vice President Samantha Balcos had both observed Ms. Lawski's behavior at the party and that her behavior "was not okay."

4.8  After Mr. Drawhorn and Mr. McKee left the party, one of the bartenders at Sam's Tavern called the police to report Ms. Lawski's drunken and belligerent behavior.

4.9  AMC brushed off Mr. Drawhorn's report of sexual harassment and assault. Employee Relations Manager Taylor Terry spoke to Mr. Drawhorn once on the phone and then called him the next day to inform him that AMC "had concluded its investigation" and that he should contact them if he has any other concerns. AMC did not speak to Mr. McKee – or any other witness – before concluding the purported "investigation." AMC took no action to remediate the sexual harassment and assaults.

4.10  Mr. Drawhorn filed a police report with the Redmond Police Department. The City of Redmond Prosecutor charged Ms. Lawski with Assault in the Fourth Degree.

COMPLAINT- 3
Case No.

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

4.11  Mr. Drawhorn resigned from AMC on June 30, 2022.

## V.  FIRST CAUSE OF ACTION
### HOSTILE WORK ENVIRONMENT UNDER RCW 49.60

5.1  Plaintiff realleges paragraphs 4.1 to 4.11 as if fully set forth herein.

5.2  The Washington Law Against Discrimination ("WLAD"), RCW 49.60 *et seq.*, prohibits the creation of and maintenance of a sexually hostile work environment.

5.3  Defendant AMC subjected Mr. Drawhorn to discriminatory treatment on the basis of sex by creating and maintaining a sexually hostile work environment.

5.4  Mr. Drawhorn was subject to severe, offensive, and unwelcome actions on the basis of sex.

5.5  Defendant AMC is vicariously liable for Ms. Lawski's and Mr. Miller's unlawful conduct towards Mr. Drawhorn because at the time of those actions, they were both managers at the company. Alternatively, defendant AMC is liable for Ms. Lawski's and Mr. Miller's unlawful conduct towards Mr. Drawhorn because it knew or should have known about the sexual harassment but failed to take adequate remedial action.

5.6  As a direct and proximate result of the defendant's unlawful conduct, Mr. Drawhorn has suffered and continues to suffer lost wages and benefits, emotional distress, and humiliation, in amounts to be proved at trial.

## VII.  REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests the following relief:

A.  Damages including, but not limited to, lost wages, including front and back pay; lost medical, retirement, and other employment benefits; and other lost pecuniary benefits of employment in amounts to be proved at trial;

B.  Compensatory damages for the harm Mr. Drawhorn has suffered, including, but not limited to, emotional distress, humiliation, loss of enjoyment of life, mental anguish, and reputational harm, in an amount to be proven at trial;

COMPLAINT- 4
Case No.

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

C. Reasonable attorney's fees, expert witness fees, and costs and expenses pursuant to RCW 49.60.030(2) and all other applicable statutes;

D. Pre- and post-judgment interest at the maximum rate allowed by law; and

E. Damages to make up for any adverse tax consequences of any award to Mr. Drawhorn;

F. A declaratory judgment that AMC's actions violated the WLAD; and

G. Such other and further relief as the Court may deem appropriate.

### VIII. JURY DEMAND

Plaintiff demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated this 19th day of August, 2022.

FRANK FREED SUBIT & THOMAS LLP

By: s/ Jillian M. Cutler
Jillian M. Cutler, WSBA No. 39305
By: s/ Jack N. Miller
Jack N. Miller, WSBA No. 57007
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711
Fax: (206) 682-0401
Email: jcutler@frankfreed.com
        jmiller@frankfreed.com

*Attorneys for Plaintiff*

COMPLAINT- 5
Case No.

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711